UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 11-40547 |
| | ) | Chapter 7 |
| CARL PHILLIP SIERP | ) | |
| SSN/ITIN xxx-xx-8723 | ) | |
| | ) | |
| and | ) | MOTION FOR TURNOVER |
| | ) | |
| MARY SUSAN SIERP | ) | |
| SSN/ITIN xxx-xx-6812 | ) | |
| | ) | |
| Debtors. | ) | |

COMES NOW Lee Ann Pierce, Chapter 7 Trustee in the above captioned bankruptcy, and moves the Court to approve her motion for turnover and represents as follows:

1. This motion is brought pursuant to 11 U.S.C. § 521(4).

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1334 and 157.

3. Debtors listed on Schedule B an interest in MilVid Properties' stock, valued at $1,219.73. Debtor, Mary Sierp, testified at the § 341 meeting that she inherited the stock from her mother twenty-four years ago. The Trustee received a copy of the Debtors' 2010 federal income tax return and it showed she received $3,720.00 in dividends and $11,085.00 in royalties from the stock in 2010. The Trustee believes that the value of the stock exceeds the amount the Debtors listed on Schedule B. The Trustee therefore requests turnover of the stock to the bankruptcy estate.

Wherefore, the Trustee would hereby request that the Court order Debtors to turn over to the Trustee Debtors' interest in MilVid Properties' stock; the Trustee will liquidate the stock and pay Debtors the amount exempted from the proceeds; and for such other and further relief as is deemed appropriate by the Court under the circumstances.

Dated this 15th day of September, 2011.

LEE ANN PIERCE

/s/ Lee Ann Pierce
Chapter 7 Bankruptcy Trustee
316 Fourth St.
P.O. Box 524
Brookings, SD  57006-0524
Phone: 605 692-9415
Fax: 605 692-1433